Suf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 APR -1 AM 11:06

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **'08 MJ 0991** |
| Plaintiff, | BY: ____ DEPUTY |
| | COMPLAINT FOR VIOLATION OF: |
| v. | |
| **Francisco Manuel LORONA-Rodriguez,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **March 28, 2008** within the Southern District of California, defendant, **Francisco Manuel LORONA-Rodriguez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **APRIL 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Francisco Manuel LORONA-Rodriguez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 28, 2008, Border Patrol Agent L. Garcia was performing uniformed line watch duties in the Chula Vista Station's area of responsibility. At approximately 12:50 p.m., Agent Garcia responded to an activation of an intrusion device indicating possible pedestrian foot traffic near an area commonly known as "OTAY LAKES". This area is located approximately three miles east of the Otay Mesa, California Port of Entry and approximately five miles north of the United States/Mexico International Boundary fence.

After a brief search of the area, Agent Garcia found eight individuals attempting to conceal themselves in some brush. Agent Garcia approached the individuals and identified himself as a Border Patrol Agent and questioned the individuals as to their citizenship. The group was asked what country they were citizens of and the entire group, including an individual later identified as the defendant **Francisco Manuel LORONA-Rodriguez**, answered "Mexico". The group was then asked if anyone had any immigration documents allowing them to legally enter or remain in the United States and everyone, including the defendant, answered "No". At approximately 1:05 p.m., all eight individuals were arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 17, 2005 through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on March 30, 2008 at 10:00 a.m.

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 28, 2008, in violation of Title 8, United States Code, Section 1326.

_____        3/30/08      12:40pm
Anthony J. Battaglia                    Date/Time
United States Magistrate Judge