FILED
APR 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 1312 H |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| FRANCISCO MANUEL LORONA-RODRIGUEZ, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

<u>Count 1</u>

On or about _____2/11/08_____, within the Southern District of California, defendant FRANCISCO MANUEL LORONA-RODRIGUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:mg:San Diego
4/7/08

1 | Count 2

2 | On or about March 28, 2008, within the Southern District of
3 | California, defendant FRANCISCO MANUEL LORONA-RODRIGUEZ, being an
4 | alien, unlawfully entered or attempted to enter the United States at
5 | a time and place other than as designated by immigration officers, and
6 | eluded examination and inspection by immigration officers, and
7 | attempted to enter or obtained entry to the United States by a
8 | willfully false or misleading representation or the willful
9 | concealment of a material fact and previously committed the offense
10 | of illegal entry, as alleged in Count 1; all in violation of Title 8,
11 | United States Code, Section 1325, a felony.

12 | DATED: April 24, 2008.

13 | KAREN P. HEWITT
     United States Attorney

15 | /s/ Jeffrey D. Moore
16 | JEFFREY D. MOORE
     Assistant U.S. Attorney